UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:00-cr-228-LDG-PAL |
| ) | |
| vs. ) | |
| ) | |
| LINDA HROBOWSKI, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#69) on September 21, 2001. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payees in the amounts listed below:

Name of Payee: Paris Hotel and Casino
Amount of Restitution: $220.00

Name of Payee: Tropicana Hotel and Casino
Amount of Restitution: $320.00

Name of Payee: Riverside Hotel and Casino
Amount of Restitution: $420.00

Name of Payee: Flamingo Hilton and Casino
Amount of Restitution: $650.00

Name of Payee: Bellagio Hotel and Casino
Amount of Restitution: $320.00

**Name of Payee:  Excalibur Hotel and Casino**
**Amount of Restitution: $420.00**

**Name of Payee:  Bally's Hotel and Casino**
**Amount of Restitution: $750.00**

**Total Amount of Restitution Ordered: $3,100.00**

Dated this ____9____ day of July, 2016.

                                                                                    _____
                                                                                    UNITED STATES DISTRICT JUDGE